UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-23945-CIV-LOUIS

STUART M. REIS,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security
Administration,

    Defendant.
_____/

## ORDER ON ATTORNEY'S FEES AND AMENDED JUDGMENT

**THIS CAUSE** is before the Court on Defendant's Motion for Relief From Judgment and to correct the designation of costs as expenses and to change the lump sum amount awarded into an award that separates fees, costs, and expenses (ECF No. 65). Upon due consideration and the Court being fully apprised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that Defendant's Motion for Relief is **GRANTED**. It is further **ORDERED** that the Order entering Judgment in favor of Plaintiff in the amount of $27,013.23 (ECF No. 64) is **AMENDED**, only as follows: the Commissioner will reimburse to Plaintiff $25,206.04 in attorney's fees; "costs" of $905.00 for filing fees; and "expenses" of $902.19 for FedEx charges, postage charges for sending the brief, and traveling; for which sum let execution issue.

**DONE AND ORDERED** in Chambers at Miami, Florida this 30th day of September, 2020.

_____
**LAUREN FLEISCHER LOUIS**
**UNITED STATES MAGISTRATE JUDGE**